IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **RODOLFO RODRIGUEZ,** § § | |
| Plaintiff, § § | |
| v. § | **CAUSE NO. EP-21-CV-295-KC** |
| § | |
| **THE LITTLE SHACK, INC., and** § | |
| **NELLY BORDIER,** § § | |
| Defendants. § | |

## ORDER

On this day, the Court considered the parties' Stipulation for Dismissal with Prejudice, ECF No. 10. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the parties' proposed Order of Dismissal, the Court **ORDERS** that all claims in this case are hereby **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

The Clerk shall close the case.

**SO ORDERED**.

SIGNED this 24th day of May, 2022.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE